# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **STACIE B.**, | |
| Plaintiff, | Case No. 2:21-CV-4650 |
| v. | Judge Graham |
| **COMMISSIONER OF SOCIAL SECURITY**, | Magistrate Judge Jolson |
| Defendant. | |

## OPINION AND ORDER

This matter is before the court for consideration of the June 2, 2022 report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. § 636(b). The magistrate judge concluded that the administrative law judge errored by improperly evaluating the opinion of Brandi Stillion, Plaintiff's therapist. The magistrate judge recommended that this case be remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four, for further evaluation and discussion of Ms. Stillion's opinion. The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report will result in a waiver of the right to de novo review by the District Judge and waiver of the right to appeal the judgment of the District Court. Doc. 15 at 14. The time period for filing objections to the report and recommendation has expired and no party has objected to the report and recommendation. The court adopts the report and recommendation of the magistrate judge, Doc. 15. The decision of the Commissioner is reversed, and this case is remanded to the Commissioner under sentence four of § 405(g) for further administrative proceedings as discussed in the report and recommendation. The clerk shall enter final judgment remanding this case to the Commissioner.

**IT IS SO ORDERED.**

                                                  s/ James L. Graham
                                                  JAMES L. GRAHAM
                                                  United States District Judge

DATE: June 22, 2022